IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ISAAC NARANJO,

Plaintiff,

v.

UNIT MANAGER COULEHAN, HURD,
WITTMAN, STEPHEN BUZAS, CARLA
SWARTZ, MICHAEL ZAKEN, COOK,
DARR, PBDPP, LAUREL HARRY,
TAMMY FERGUSON,

Defendants.

2:23-CV-01983-CCW-MPK

**<u>ORDER</u>**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 31, 2024, the Magistrate Judge issued a Report (the "R&R"), ECF No. 37, recommending that Defendants' Motion to Dismiss, ECF No. 23, be granted, and that Plaintiff be granted leave to amend his Complaint. Service of the R&R was made on the parties, and Plaintiff has filed Objections. *See* ECF No. 38.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, it is hereby ORDERED that Defendants' Motion to Dismiss, ECF No. 23, is GRANTED. Plaintiff's Complaint, ECF No. 10, is hereby **DISMISSED**. Plaintiff is granted leave to file an Amended Complaint; any such Amended Complaint shall be filed on or before **December 24, 2024.** If no Amended Complaint is filed by that date, the dismissal will be

converted to one with prejudice without further action by the Court. The R&R, ECF No. 37, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


DATED this 26th day of November, 2024.


BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge




cc (via ECF email notification):

All Counsel of Record



cc (via US mail):

Isaac Naranjo
*Pro se*
FJ 4369
SCI FRACKVILLE
1111 Altamont Boulevard
Frackville, PA 17931